U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MARIA DO CARMO DE MORAES<br><br>v.<br><br>BAYER CORPORATION, et al. | Case Number:<br>FILED: MARCH 20, 2008<br>08 CV 1659          JH<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARIA DO CARMO DE MORAES, individually, and as Successor in Interest to the Estate of the Decedent JOSE WILLIAMS DE MORAES (Plaintiff)

| | |
|---|---|
| NAME (Type or print)<br>Kent L. Klaudt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Kent L. Klaudt | |
| FIRM<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | |
| STREET ADDRESS<br>Embarcadero Center West, 275 Battery Street, 30th Floor | |
| CITY/STATE/ZIP<br>San Francisco, California 94111-3339 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(415) 956-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |