## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARIA DO CARMO DE MORAES

Case Number: 08cv1659

v.

BAYER CORPORATION, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARIA DO CARMO DE MORAES, individually, and as Successor in Interest to the Estate of the Decedent JOSE WILLIAMS DE MORAES (Plaintiff)

| NAME (Type or print) |
| --- |
| Nicholas Diamand |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Nicholas Diamand |

| FIRM |
| --- |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

| STREET ADDRESS |
| --- |
| 780 Third Avenue, 48th Floor |

| CITY/STATE/ZIP |
| --- |
| New York, New York  10017-2024 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | (212) 355-9500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐