# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In the Matter of
Maria Do Carmo De Moraes, inedividually, and as Successor in Interest to the Estate of the Decedent Jose Williams De Moraes vs. Bayer Corporation, et al.

Case Number: 1:08-cv-01659

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
BAXTER HEALTHCARE CORPORATION and BAXTER INTERNATIONAL, INC.

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE s/ RICHARD L. BERKMAN | | SIGNATURE | |
| NAME Richard L. Berkman | | NAME | |
| FIRM Dechert LLP | | FIRM | |
| STREET ADDRESS 2929 Arch Street | | STREET ADDRESS | |
| CITY/STATE/ZIP Philadelphia, PA 19104-2808 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER 215.994.4000 | FAX NUMBER 215.994.2222 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS richard.berkman@dechert.com | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐  NO ☒ | MEMBER OF TRIAL BAR? | YES ☐  NO ☐ |
| TRIAL ATTORNEY? | YES ☒  NO ☐ | TRIAL ATTORNEY? | YES ☐  NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐  NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐  NO ☐ | MEMBER OF TRIAL BAR? | YES ☐  NO ☐ |
| TRIAL ATTORNEY? | YES ☐  NO ☐ | TRIAL ATTORNEY? | YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐  NO ☐ |