| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2645-0465 |

Insert name of Court, and Judicial District and Branch Court:
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

Plaintiff: MARIA DO CARMO DE MORAES
Defendant: BAYER CORPORATION, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1659 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. Party served:        ALPHA THERAPEUTIC CORPORATION
   b. Person served:       VIVIAN IMPERIAL, AUTHORIZED TO ACCEPT

4. Address where the party was served:   818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHA THERAPEUTIC CORPORATION
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                    d. The Fee for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**                e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                                  (i)   Independent Contractor
      LOS ANGELES, CA 90071                                 (ii)  Registration No.:   5141
   c. 213-250-1111                                          (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Mar. 27, 2008

   *(signature)* (DOUG FORREST)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6408917.lieca-sf.122871