| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111 | | |
| Telephone No: 415-956-1000  FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2645-0465 | |

Insert name of Court, and Judicial District and Branch Court:
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

Plaintiff: MARIA DO CARMO DE MORAES
Defendant: BAYER CORPORATION, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1659 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. Party served: ARMOUR PHARMACEUTICAL COMPANY, INC.
   b. Person served: JENNIFER SMITH, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2704 COMMERCE DRIVE
   HARRISBURG, PA 17110

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 1:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ARMOUR PHARMACEUTICAL COMPANY, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. MARY B. KERNS

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 28, 2008

Judicial Council Form POS-010
Rule 982.7.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(MARY B. KERNS)
6408922.lieca-sf.123312