| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000 *FAX No:* 415-956-1008<br>*Attorney for:* Plaintiff *Ref. No. or File No.:* 2645-0465 | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS<br>*Plaintiff:* MARIA DO CARMO DE MORAES<br>*Defendant:* BAYER CORPORATION, et al. | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 08 CV 1659 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. *Party served:* AVENTIS INC.
   b. *Person served:* JENNIFER SMITH, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:* 2704 COMMERCE DRIVE, HARRISBURG, PA 17110

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 1:55PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* AVENTIS INC.
   Under CCP 416.10 (corporation)

7. ***Person Who Served Papers:***
   a. MARY B. KERNS

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee for Service was:***
   e. I am: Not a Registered California Process Server

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***

Date: Fri, Mar. 28, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(MARY B. KERNS)
6408921.lieca-sf.123314