| Attorney or Party without Attorney: **KENT KLAUDT**<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: 2645-0465 |

Insert name of Court, and Judicial District and Branch Court:
**US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS**

Plaintiff: MARIA DO CARMO DE MORAES
Defendant: BAYER CORPORATION, et al.

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 08 CV 1659 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. Party served:         BAXTER HEALTHCARE CORPORATION
   b. Person served:        VIVIAN IMPERIAL, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 W. 7TH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAXTER HEALTHCARE CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    5141
      (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Mar. 27, 2008

   *(signature)* (DOUG FORREST)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6408916.lieca-sf.122870