| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | | | | |
| Attorney for: Plaintiff | | | Ref. No. or File No.:<br>2645-0645 | |
| Insert name of Court, and Judicial District and Branch Court:<br>US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS | | | | |
| Plaintiff: MARIA DO CARMO DE MORAES | | | | |
| Defendant: BAYER CORPORATION, et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08-CV-1659 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CERTIFICATE OF SERVICE; CIVIL COVER SHEET; ATTORNEY APPEARANCE FORM.

3. a. Party served:         BAXTER INTERNATIONAL, INC. a Delaware corporation
   b. Person served:        SCOTT LASCALA, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    1209 ORANGE STREET
                                          WILMINGTON, DE  19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 3:50PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAXTER INTERNATIONAL, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALAN M. SCHMIDT                       d. The Fee for Service was:

                                            e. I am: Exempt from registration under B&P 22350(b)

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Apr. 16, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE                 (ALAN M. SCHMIDT)
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT              6412644.lieca-sf.127761